**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**  www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ \_\_\_\_2nd\_\_\_\_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** MIGUEL ENRIQUE FALLA    **JOINT DEBTOR:** \_\_\_\_\_    **CASE NO.:** **12-33146-RAM**
Last Four Digits of SS# _____    Last Four Digits of SS#

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of \_\_44\_\_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $\_\_\_\_1,100.00 for months \_\_1\_ to \_\_44\_\_;
   B.   $_____ for months \_\_\_\_ to _____; to pay the following creditors

Administrative:  Attorney's Fee - $\_3,500.00+ Estimated Expenses $150.00 TOTAL PAID $\_\_690.00\_\_
            Balance Due to: Sagre Law Firm, P.A. $ 2,960.00 payable $ 986.66/month (Months 1 to 3 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
            Internal Revenue Service $6,401.28
            Pay $_____3.34\_\_\_\_/month (Months\_\_1\_\_ to \_\_3\_\_\_).
            Pay $\_\_\_\_\_913.04\_\_\_\_/month (Months\_\_4\_\_ to \_\_10\_\_\_).

Unsecured Creditors:    Pay $_____76.96\_\_\_\_/month (Months\_\_\_4\_\_ to \_\_\_10\_\_\_).
            Pay $\_\_\_\_\_990.00\_\_\_\_/month (Months\_\_\_5\_\_ to \_\_\_44\_\_\_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  The Debtor surrenders any and all interests regarding The Bank of New York Mellon regarding real property located at 8270 SW 47 Terrace, Miami, FL 33155. The Debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. All property shall vest in the Debtor upon confirmation.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____    _____
Debtor                        Joint Debtor
Date:_____        Date: _____