UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                           Case No.: 12-33146-RAM

MIGUEL ENRIQUE FALLA,            Chapter    13
    Debtor.
_____/

## **DEBTOR'S AMENDED MOTION TO MODIFY AND NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN THAT A HEARING SHALL BE HELD REGARDING DEBTOR'S MOTION TO MODIFY ON JULY 1, 2014 AT 9:00 A.M., COURTROOM 1406, 51 S.W. FIRST AVENUE, MIAMI, FLORIDA 33130.

    The Debtor by and through the undersigned counsel respectfully requests the entry of an Order allowing for a modification of Debtor's Plan and in support states:

    1.    The Debtor filed a voluntary Chapter 13 Bankruptcy Petition on September 27, 2012 and the Second Amended Plan was previously confirmed.

    2.    The Debtor seeks to modify the Plan in this matter. Please See Exhibit "A" Modified Plan.

    **WHEREFORE**, the Debtor respectfully requests that this Honorable Court grant Debtor's Motion to Modify and any further relief that this Honorable Court deems just and proper.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    I HEREBY CERTIFY that a true copy of this Motion was served on all parties on the service list via e-filing and/or U.S. First-Class Mail on this May 29, 2014.

**RESPECTFULLY SUBMITTED,**
SAGRE LAW FIRM, P.A.
5201 Blue Lagoon Drive, Suite 923
Miami, Florida 33126
Telephone: (305) 266-5999
Facsimile:  (305) 265-6223
By: /s/
   ARIEL SAGRE, ESQ.
   FLORIDA BAR NO. 557447