# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

                        Case No: 12-33146-BKC-RAM
                        Chapter: 13

Miguel Enrique Falla

_____ Debtor _____ /

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Dilks & Knopik, LLC, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $4,272.04, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of TD Auto Finance. Applicant further states that:

1.     (Indicate one of the following items:)

    __X__ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been

LF-27 (rev. 12/01/15)                     Page 1 of 3

submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitle to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: January 8, 2018

TD Auto Finance
Name Under which Funds Were Deposited

8
Claim Number

Dilks & Knopik, LLC as assignee to TD Auto Finance LLC
Name of Party on Whose Behalf Application was Filed*

Address:
35308 SE Center Street
Snoqualmie, WA 98065

Signature of Applicant
(Note: In addition to signing, complete all information below)

ID# 74-3049851

Brian J. Dilks, Managing Member
*Print name and title of Applicant

Dilks & Knopik, LLC
Print Company Name

35308 SE Center Street
Print Street Address

Snoqualmie, WA 98065-9216
Print City and State

(425) 836-5728
Telephone (Including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being field

Sworn to and Subscribed before me
On January 8, 2018

NOTARY PUBLIC, AT LARGE
STATE OF WASHINGTON

## PROOF OF SERVICE OF APPLICATION

Notice is hereby given that on <u>January 8, 2018</u> a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties for the Southern District of Florida by U.S. Mail at the following addresses:

United States Attorney
99 NE 4th Street
Miami, FL 33132

Miguel Enrique Falla
Debtor
8270 SW 47 Ter
Miami, FL 33155

Furthermore, a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the following parties for the Southern District of Florida by electronic mail at the following email addresses:

Nancy K. Neidich
Case Trustee
e2c8f01@ch13herkert.com

Ariel Sagre
Debtor's Attorney
law@sagrelawfirm.com

Dated: January 8, 2018

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to TD Auto Finance LLC

## EXPLANATION OF DOCUMENTATION

Dividends were not collected by the creditor, TD Auto Finance. Dilks & Knopik, LLC been assigned the claim, as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 12/19/2017 (docket number #94).

Pages 1 – 3: Application to Withdraw Unclaimed Funds

Page 4: Proof of Service of Application

Page 5: Explanation of Documentation (This Page)

Pages 6 – 8: Photo ID, Business Card and Statement of Authority for Brian Dilks;

Page 9: Transfer of Claim

Pages 10 - 13: Purchase and Assignment Agreement

Pages 14 - 15: Letter acknowledging Stephen Goodrich as Authorized Agent

Pages 16 - 17: Documentation of Authority for signer of letter of acknowledgement

Page 18: Photo Identification for signer

Pages 19 - 20: Affidavit of Claimant

Pages 21 – 22: Form AO-213

Pages 23 - 24: Order for Payment of Unclaimed Funds

This Application contains a total of **24** pages.

Dated: <u>January 8, 2018</u>

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to TD Auto Finance LLC

# Dilks | & | Knopik

*When Success Matters*

**Brian Dilks**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com

# Dilks & Knopik

## **Statement of Authority**

The undersigned being duly sworn, states that the below listed individuals are authorized to execute all claim documents on behalf of Dilks & Knopik, LLC, and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

**Brian J Dilks – President – Managing Member**

**Jeff Hudspeth – Vice President – Sales**

**Andrew Drake – Vice President – Operations**

Dilks & Knopik, LLC

*[signature]*

Caryn M Dilks
Managing Member
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728 x101



Subscribed and sworn to me this Wednesday, May 11, 2016

Notary Signature _____

Printed Name: __Andrew T. Drake__

My Commission Expires: __9/9/19__



35308 SE Center Street        Phone: 877-836-5728
Snoqualmie, WA 98065          Fax: 877-904-9240
                              Email: admin@dilksknopik.com

www.dilksknopik.com

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re   Miguel Enrique Falla                ,           Case No.   12-33146-BKC-RAM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | TD Auto Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):  8
Amount of Claim:  $8,544.08
Date Claim Filed:  2/4/2013

Phone:   425-836-5728
Last Four Digits of Acct #: _____

Phone:   (248) 601-4499
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Brian J Dilks - President           Date:   12/19/2017
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Dilks & Knopik

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of Friday, December 8, 2017 (the "Effective Date") by and between Dilks & Knopik, LLC, a Washington Limited Liability Company, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and TD Auto Finance with an address of 342 Main St., Rochester MI 48307 (the "Assignor").

## 1. Recitals

1.1. Assignor is/was a properly named and lawful creditor in Miguel Enrique Falla (12-33146-BKC-RAM) as filed in the Southern District of Florida (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the amount of $4,272.04 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

1.2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

1.3. In the event that the Funds do not provide remittances to the assignee within 400 days of the assignment, transfer, or conveyance by Assignor then the account(s) so specified will revert all rights, title, and interest in the account(s) to the Assignor thereby ending and further collection efforts by the Assignee on the specified account(s) that did not provide remittance by the Assignee.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

## 2. Assignment of Interest.

2.1. *Assets Assigned.* The assets herein are assigned to Assignee are those stated in paragraph 1.1 above, or if more than one creditor claim was made in the Cases identified in Schedule 1, attached hereinto and incorporated by reference, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1.1 in the Unclaimed Funds Registry.

2.2. *Assignment of Interest.* As herein Assignor, hereby does assign, transfer and convey all of Assignor's rights, title, and interest in the Funds, in an AS IS basis, for good and valuable consideration without undue influence or coercion, and of his/her/its free will. In the interest of consummating this Agreement, both parties do acknowledge and agree to fulfill their obligations herein to affect the lawful assignment, transfer, and conveyance of the Funds to Assignee.

2.3. *Consideration.* The consideration herein given by Assignee to Assignor shall be the sum of $[redacted] to be paid by any lawful tender upon execution of this Agreement, receipt of the Funds, and fulfillment of the obligations hereunder.

On this **8** day of **January**, 2018. I certify that the preceding or attached document titled **Assignment Agreement**, (**4** pages) is a true, accurate, complete and redacted copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Andrew T. Drake – Notary Public
My commission expires: September 9th, 2019

Page 1 of 4

2.4. *Power of Attorney.* To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

3. **Closing.** The closing of the transaction herein shall be done immediately upon fulfillment of each parties obligations hereunder, or on such other date as the parties may agree (the "Closing Date"). At the closing, Assignor shall deliver an original of this Agreement and such other documents as may be required to consummate this transaction, and Assignee shall deliver a countersigned Agreement and any other document(s) requiring countersignature, and the consideration herein. Any closing costs shall be paid by the party incurring such costs.

4. **Representations and Warranties.**

4.1 *Assignor.* Assignor does hereby represent and warrant that (a) he/she/it is legally competent to execute this Agreement, and has full power, authority and legal right to execute, deliver, and perform as agreed under this Agreement, (b) that he/she/it is the sole and lawful entity entitled to the Funds herein assigned to Assignee, (c) that he/she/it has not otherwise pledged, sold, assigned, transferred, or conveyed the interest herein assigned to Assignee to any other party, person or entity, in whole or in part, providing such proof as may be necessary (d) that he/she/it is not involved in any legal proceeding that may affect any right to assign, transfer or convey to Assignee the interest in the Funds herein contemplated, (e) that he/she/it performs under this contract without undue influence or coercion on the party of the Assignee or any other party, and (f) that he/she/it shall cooperate with Assignee to fulfill his/her/its obligations under this Agreement and to Assignor, including execution of this Agreement and such other documents as may be necessary to effect the assignment to Assignee without delay. Assignor has verified that all Funds are currently owned by Assignor.

4.2 *Assignee.* Assignee does hereby represent and warrant that it has full power, authority and legal right to execute this Agreement, and shall cooperate with Assignor to fulfill its obligations under this Agreement.

5 **General Provisions.**

5.1 *Enforceability.* This Agreement constitutes full understanding of the parties superseding any and all prior agreements, oral or written, and the binding obligations of the parties in accordance its terms except as may be limited by operation of law.

5.2 *Binding Effect.* The terms and provisions of this Agreement shall be binding on and inure to the benefit of the successors, assigns, heirs, and legatees of the parties.

5.3 *Notices.* Any notices required to be provided hereunder shall be delivered to the address of each party as first stated above, or such other address of which each party may notice the other.

5.4 *Headings.* All headings contained herein are for convenience of reference and organization only, and shall not be construed or interpreted to be part of this Agreement, nor affect in any way its meaning or interpretation.

5.5 *Mutual Writing.* This Agreement has been drafted by mutual contribution of the parties, and shall not be construed against either party due to authorship.

5.6 *Counterparts.* This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

    5.7    *Advice of Counsel.* Assignor has sought independent legal advice or hereby waives the opportunity to seek such legal advice prior to the execution of this Agreement.

    5.8    *Severability.* In the event any provision herein is deemed to be invalid, illegal, or unenforceable, such provision shall be removed, but all other provisions herein shall remain in full force and effect.

    5.9    *Choice of Law.* This Agreement shall be interpreted in the law of Washington State, any disputes, claims, or controversies arising under or related to it shall be brought in a court of competent jurisdiction in King County, Washington. In the event of matter brought before a court, both parties waive its right to trial by jury, and specifically agree that any matter brought by either party may be decided by a bench trial, or if appropriate by arbitration under the rules of the court governing such procedure.

    5.10    *Time of the Essence.* The parties hereto acknowledge that time is of the essence in the performance of all obligations under this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____  
TD Auto Finance  
Stephen Goodrich

Assignee: _____  
Dilks & Knopik, LLC  
Brian J Dilks - Member

# Dilks | & | Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, TD Auto Finance ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Miguel Enrique Falla
Court: United States Bankruptcy Court - Southern District of Florida
Case Number: 12-33146-BKC-RAM
Chapter: 13
Original Creditor: TD Auto Finance
Unclaimed Amount: $4,272.04
Claim #: 8
Purchase Price: $███████

CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, December 08, 2017.


TD Auto Finance

_[signature]_
Stephen Goodrich

Page 4 of 4



**TD Auto Finance**
27777 Inkster Road
Farmington Hills, MI 48334-5326

On this **8** day of **January**, 2018. I certify that the preceding or attached document titled (**Letter of acknowledgement** ( **2** pages) is a true, accurate, complete and redacted copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Andrew T. Drake – Notary Public
My commission expires: September 9th, 2019

To whom it may concern:

This letter acknowledges Stephen W. Goodrich, Esq. as an authorized agent of TD Auto Finance (TD) for the limited purpose of collecting unclaimed funds belonging to TD and/or any of its subsidiary or predecessor companies, including, but not limited to:

Chrysler Financial Services Americas LLC, Chrysler Credit Corporation, Chrysler Financial LLC, Chrysler Financial Corporation, DaimlerChrysler Financial Services North America LLC, Daimler Chrysler Services North America LLC, Chrysler Auto Receivables Company, American Auto Receivables Corporation, Chrysler First, Chrysler Leasing Corporation, Chrysler Financial Receivables Corporation, Chrysler Financial Retail Receivables LLC (f/k/a DaimlerChrysler Retail Receivables LLC), Chrysler Financial Wholesale Receivables (f/k/a DaimlerChrysler Wholesale Receivables LLC), Chrysler Financial Taiwan Co., Ltd, DaimlerChrysler Bank US, L.L.C., DaimlerChrysler Conduit Receivables LLC, DaimlerChrysler Revolving Auto Conduit LLC, Chrysler Insurance Company (f/k/a DaimlerChrysler Insurance Company), Chrysler Insurance Agency Inc. (f/k/a DaimlerChrysler Insurance Agency, Inc.), DaimlerChrysler Lease Receivables LLC, DaimlerChrysler Financial Services Caribbean LLC, 3208170 Nova Scotia Company, 3217924 Nova Scotia Company, Beta Holding LP, Chrysler Financial Services Canada Inc (f/k/a DaimlerChrysler Financial Services Canada Inc.), Canadian Master Trust, Canadian revolving Auto Floorplan Trust, Chrysler Balloon Depositor I LLC, Chrysler Balloon Depositor II LLC, Chrysler Auto WLBVF 2008-1 LLC (formerly Chrysler Balloon Depositor III LLC), Chrysler CA Lease Depositor LLC, Chrysler CA Lease Notes Trust, Chrysler CA Lease Receivables Trust, Chrysler CA Lease Receivables Trust II, Chrysler Financial Bank US, Chrysler Financial Auto Trust, Chrysler Financial International Services Corporation, Chrysler LB Notes Trust, Chrysler Auto WLBVF 2008-A Trust (formerly Chrysler LB Retail Trust), Chrysler Lease Depositor I LLC, Chrysler Lease Depositor II LLC, Chrysler Least Trust, Chrysler NCA Lease Depositor LLC, Chrysler NCA Lease Trust, Chrysler Residual Holdco LLC, Chrysler Residual Depositor LLC, Chrysler Retail Depositor LLC, Chrysler Retail Depositor II LLC (formerly Chrysler Variable Balloon Depositor LLC), Chrysler Retail Residual Trust, Chrysler Retail Trust, Chrysler Retail Trust II (formerly Chrysler Variable Balloon Trust), Chrysler SPV LLC, DaimlerChrysler Wholesale Receivables LLC, Chrysler Variable Lease Depositor LLC, Chrysler Variable Lease Trust, Chrysler Variable Retail Depositor LLC, Chrysler Variable Retail Trust, Chrysler Financial Reserved LLC, Chrysler Financial Reserved Trust, Chrysler Wholesale Depositor LLC, Chrysler Wholesale Receivables Trust, DaimlerChrysler Auto Trust 2004-A, DaimlerChrysler Auto Trust 2004-B, DaimlerChrysler Auto Trust 2004-C, DaimlerChrysler Auto Trust 2005-A, DaimlerChrysler Auto Trust 2005-B, DaimlerChrysler Auto Trust 2006-A, DaimlerChrysler Auto Trust 2006-B, DaimlerChrysler Auto Trust 2006-C, DaimlerChrysler Auto Trust 2006-D, Chrysler Financial Auto Securitization Trust 2007-A (f/k/a DaimlerChrysler Auto Trust 2007-A), DaimlerChrysler Auto Trust 2007-B, DaimlerChrysler Auto Trust 2007-C, Chrysler Financial Auto Securitization Trust 2008-A (f/k/a DaimlerChrysler Auto Trust 2008-A), Chrysler Financial Auto Securitization Trust 2008-B (f/k/a DaimlerChrysler Auto Trust 2008-B), Chrysler Auto Securitization Trust 2008-C (f/k/a DaimlerChrysler Auto Trust 2008-C), DaimlerChrysler Auto Trust 2008-D, Chrysler Financial Auto Securitization Trust 2009-A, Chrysler Financial Auto Securitization Trust 2009-B, Chrysler Financial Conduit Receivables LLC (f/k/a DaimlerChrysler Conduit Receivables LLC), Chrysler Financial Conduit Auto Receivables (f/k/a DaimlerChrysler

{00063919.DOCX;2}


**TD Auto Finance**
27777 Inkster Road
Farmington Hills, MI 48334-5326

Revolving Auto Conduit LLC), Chrysler Lease Receivables (f/k/a DaimlerChrysler Lease Receivables LLC), DaimlerChrysler Lease Trust 2007-A, Master Chrysler Financial Owner Trust (f/k/a DaimlerChrysler Master Owner Trust), DCFS Trust, DCS UTI LLC Chrysler Series, Premier Auto Receivables, Windsor Auto Trust, Chrysler Capital Realty, Inc. and Chrysler Capital Corporation.

TD Auto Finance LLC, a Michigan limited liability company

_____
Kevin D. Kline
Assistant Secretary


## ACKNOWLEDGMENT

STATE OF MICHIGAN    )
                     ) SS.
COUNTY OF OAKLAND    )

On the 29th day of June in the year 2017 before me, the undersigned, personally appeared Kevin D. Kline, the Assistant Secretary of TD Auto Finance LLC, a Michigan limited liability company, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public: Michelle Duval
Oakland County, State of Michigan
My Commission Expires: December 18, 2019
Acting in Oakland County

MICHELLE DUVAL
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Dec 18, 2019
ACTING IN COUNTY OF Oakland

{00063919.DOCX;2}

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.11-12/31)

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Tcode 13196 Franchise

■ Taxpayer number: 1 2 0 2 6 1 4 2 4 4 3

■ Report year: 2 0 1 5

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

| Field | Value |
|---|---|
| Taxpayer name | TD AUTO FINANCE LLC |
| Mailing address | 27777 INKSTER ROAD |
| City | FARMINGTON HILLS |
| State | MI |
| ZIP Code | 48334 |
| Plus 4 | |
| Secretary of State (SOS) file number or Comptroller file number | 0800472238 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: SAME AS ABOVE
Principal place of business: SAME AS ABOVE

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1202614244315

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yyyy) |
|---|---|---|---|
| SEE ATTACHED | | ○ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 27777 INKSTER ROAD | FARMINGTON HILLS | MI | 48334 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| | | ○ YES | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| CHRYSLER SPV LLC | MI | | 100.00 |
| DCS UTI LLC | DE | | 100.00 |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| TD BANK NATIONAL ASSOCIATION | NATIONAL ASSOC | 0001840903 | 100.00 |

Registered agent and registered office currently on file. (see instructions if you need to make changes)
○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: CT CORPORATION
Office: 1999 BRYAN STREET, SUITE 900
City: DALLAS
State: TX
ZIP Code: 75201-3136

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ [signature]
Title: TAX MANAGER
Date: 1/16/15
Area code and phone number: (207) 535-2451

Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○

00023778007

## Corporate Profile

**Name** TD Auto Finance LLC

**Addresses**

**Registered Office**

27777, Inkster Road, Farmington Hills, MI, 48334, United States

**Effective From**

**Automated Immediate Parents**

| Parent Name | Ownership Type | % Owned | % Voting |
|---|---|---|---|
| TD Bank, National Association | Wholly owned | 100.00 | 100.00 |

**Automated Immediate Subsidiaries**

| Subsidiary Name | Ownership Type | % Owned | % Voting |
|---|---|---|---|
| Chrysler SPV LLC | Wholly owned | 100.00 | 100.00 |
| DCS UTI LLC | Wholly owned | 100.00 | 100.00 |
| RouteOne LLC | Associate | 30.00 | 30.00 |

**Current Directors**

| Name | Type | Elected |
|---|---|---|
| David Ryde | Director | 07/30/2012 |
| Frank Werner | Director | 03/01/2014 |
| Paul Clark | Chairman of the Board of Directors | 07/30/2012 |
| Paul Clark | Director | 07/30/2012 |

**Current Officers**

| Name | Type | Elected |
|---|---|---|
| Christopher Knight | Vice President | 07/30/2012 |
| Daniel Haer | Vice President | 12/18/2013 |
| David Ryde | Chief Financial Officer | 04/01/2011 |
| David Ryde | Vice President, Finance | 04/01/2011 |
| Edward Ryan | Officer | 04/01/2011 |
| Frank Werner | Vice President | 12/18/2013 |
| Kevin Kline | Assistant Secretary | 10/01/2007 |
| Laura Pomeroy | Officer | 08/01/2013 |
| Marc Womack | Vice President | 12/18/2013 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Miguel Enrique Falla

Case No: 12-33146-BKC-RAM
Chapter: 13

_____Debtor_____ /

## AFFIDAVIT OF CLAIMANT

I, Brian J Dilks, Managing Member of Dilks & Knopik, LLC as assignee to TD Auto Finance LLC, am (indicate status of claimant):

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( x ) the duly authorized representative for the claimant "business"_____; or

( ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the in my case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $4,272.04 deposited in this court in the name of TD Auto Finance and representing claim number 8 (if no claim was filed write "scheduled" in blank space).

    2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: __1/8/18__

_____
Signature of claimant or representative of "business" Claimant

Brian J Dilks
Print Name

Managing Member
Title

9851
Last four digits of Social Security # or Tax ID# (EIN#) (Note: attach a copy of an official government photo id such as a driver's license or passport)

35308 SE Center Street,
Snoqualmie, WA 98065
Address

425-836-5728
Phone Number

_____
Signature of Joint Debtor (if applicable)

_____
Print name

Last four digits of Social Security # or Tax ID# (EIN#) (Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
On January 8, 2018
_____
NOTARY PUBLIC, AT LARGE
STATE OF Washington



LF-28 (rev. 12/01/15)          Page 2 of 2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:

MIGUEL ENRIQUE FALLA

CASE NO.: 12-33146-BKC-RAM
PROCEEDING UNDER CHAPTER 13

DEBTOR                                    /

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$9,550.75** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 12-8-17

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

MIGUEL ENRIQUE FALLA
8270 SW 47 TER
MIAMI, FL 33155

ARIEL SAGRE, ESQ.
5201 BLUE LAGOON DRIVE
8TH FLOOR
MIAMI, FL 33126

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

TD AUTO FINANCE
POB 9001921
LOUISVILLE, KY 40290

MIGUEL ENRIQUE FALLA
8270 SW 47 TER
MIAMI, FL 33155

NOTICE OF DEPOSIT OF FUNDS  
CASE NO.: 12-33146-BKC-RAM

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 12-33146-BKC-RAM

TD AUTO FINANCE  
POB 9001921  
LOUISVILLE, KY 40290  

$4,272.04

UNDELIVERABLE/STALE  
CLAIM REGISTER# 8

MIGUEL ENRIQUE FALLA  
8270 SW 47 TER  
MIAMI, FL 33155  

$5,278.71