ORDERED in the Southern District of Florida on Feb. 8, 2018



Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Miguel Enrique Falla

Debtor(s)

Case No: 12-33146-BKC-RAM
Chapter: 13

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Dilks & Knopik, LLC as assignee to TD Auto Finance LLC and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1 (D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to Dilks & Knopik, LLC as assignee to TD Auto Finance LLC and, if applicable, the "funds locator" or attorney submitting the application, Dilks & Knopik, LLC, the sum of $4,272.04 now held as unclaimed funds in the treasury for the original claimant TD Auto Finance.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

Copies to:
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)