CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on March 15, 2018**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12–33146–RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Miguel Enrique Falla
aka Miguel E Falla, aka Miguel Falla
8270 SW 47 Ter
Miami, FL 33155

SSN: xxx–xx–4012

# FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.